AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA

FRED FOSTER d/b/a UNLEASHED PRODUCTIONS

V.

ROY JONES, JR. AND THE BODY HEAD BANGERZ d/b/a BODY HEAD ENTERTAINMENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv472- WKW

TO: (Name and address of Defendant)

Roy Jones & The Body Head Bangerz
2335 Klinger Street
Pensacola, FL 32514

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL GUY HOLTON, ATTY.
FULLER, TAYLOR & HOLTON P.C.
5748 CARMICHAEL PARKWAY, SUITE D
MONTGOMERY, ALABAMA 36117

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*     5-29-07

CLERK                                                        DATE

*Charlene Campbell*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date    *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.