IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FRED FOSTER d/b/a UNLEASHED PRODUCTIONS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | **CIVIL CASE No: 2:07-cv-00472** |
| ) | |
| **ROY JONES & THE BODY HEAD BANGERZ d/b/a BODY HEAD ENTERTAINMENT.** ) ) ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF SERVICE**

      **COMES NOW**, Plaintiff, by and through the undersigned counsel of record and makes this his Notice of Service of the below listed documents upon Defendants.

1. Plaintiffs First Consolidated Discovery requests of Defendants served via e-mail at counsel for Defendants registered e-mail address.

      **RESPECTFULLY SUBMITTED** this the 27th day of June, 2007.


/s Michael Guy Holton
Michael Guy Holton (HOL106)
Fuller, Taylor & Holton, P.C.
Attorneys for Plaintiffs
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 514- 6003 (direct)
gholtonattorney@hughes.net

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have served a copy of the foregoing on the below listed counsel by filing same on the E-File Court Filing System for the United States District Court, Middle District of Alabama, Northern Division on this the 27th day of June, 2007.

Marvin H. Campbell, Esq.
P.O. Box 4979
Montgomery, Alabama 36103

                                              /s Michael Guy Holton
                                              **OF COUNSEL**