**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **FRED FOSTER d/b/a UNLEASHED PRODUCTIONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL CASE NO. 2:07-cv-472-WKW** |
| | ) | |
| **ROY JONES & THE BODY HEAD BANGERZ d/b/a BODY HEAD ENTERTAINMENT.** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Roy Jones & The Body Head Bangerz d/b/a Body Head Entertainment the defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual. The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Roy Jones, Jr. Inc. | Owner, President |
| J. Jr. Ranch, Inc. | Owner, President |
| Sq. Ring, Inc. | Owner, President |

| | |
|---|---|
| S&R Ventures | Owner, President |
| BHE | Owner, CEO |
| 4-2 Morrow, L.L.C. | Owner, President |
| Club Dimension, L.L.C. | Owner, President |
| Ten Count Publishing, Inc. | Owner |
| Full Marks, L.L.C. | Owner |

s/Marvin H. Campbell
Marvin H. Campbell (CAM0019)
Attorney for Roy Jones & The Body Head
Bangerz d/b/a Body Head Entertainment
P.O. Box 4979
Montgomery, AL  36103-4979
Phone: (334) 263-7591
Fax: (334) 832-9476
E-mail: mhcfirm@aol.com

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2007, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Guy Holton, Esq.
Jennifer Mae Holton, Esq.
Fuller, Taylor, & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, AL 36117

s/Marvin H. Campbell
MARVIN H. CAMPBELL