IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FRED FOSTER d/b/a UNLEASHED PRODUCTIONS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | **CIVIL CASE No: 2:07-cv-00472** |
| ) | |
| **ROY JONES & THE BODY HEAD BANGERZ d/b/a BODY HEAD ENTERTAINMENT.** ) ) ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF CHANGE OF E-MAIL ADDRESS**

**COMES NOW**, Jennifer M. Holton, co-counsel for Plaintiffs, and makes this her Notice of Change of E-Mail address in the above styled cause of action and states as follows;

1. The new email address for the undersigned counsel of record is jholtonattorney@bellsouth.net .

**RESPECTFULLY SUBMITTED** this the 27th day of October, 2007.

/s Jennifer M. Holton
Jennifer M.Holton (DAV167)
 (334) 514- 6003 (direct)
jholtonattorney@bellsouth.net

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the foregoing on the below listed counsel by filing same on the E-File Court Filing System for the United States District Court, Middle District of Alabama, Northern Division on this the 27th day of October, 2007.

Marvin H. Campbell, Esq.
P.O. Box 4979
Montgomery, Alabama 36103

                                                /s Jennifer M. Holton
                                                **OF COUNSEL**