IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED FOSTER d/b/a UNLEASHED PRODUCTIONS        ) ) ) | |
| Plaintiff,        ) ) | |
| v.        ) ) | CASE NO. 2:07-cv-472-WKW |
| ROY JONES & THE BODY HEAD BANGERS d/b/a BODY HEAD ENTERTAINMENT        ) ) ) ) | |
| Defendants.        ) | |

## **ORDER**

By the Uniform Scheduling Order dated July 19, 2007 (Doc. # 13), the parties were ordered to conduct their face-to-face settlement conference by December 17, 2007. The Uniform Scheduling Order requires counsel for the plaintiff to file with the court the "Notice Concerning Settlement Conference and Mediation" within five days of the date of the settlement conference. There having been no notice filed, it is hereby ORDERED that the counsel for the plaintiff **on or before January 17, 2008**, shall either file the notice or show cause in writing why counsel has failed to comply with the court's orders.

DONE this 10th day of January, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE