IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED FOSTER d/b/a UNLEASHED PRODUCTIONS, ) ) ) Plaintiff, ) vs. ) ) ROY JONES & THE BODY HEAD ) BANGERZ d/b/a BODY HEAD ) ENTERTAINMENT. ) ) Defendant. ) | CIVIL CASE No: 2:07-cv-00472 |

NOTICE OF MANDATORY SETTLEMENT CONFERENCE

**COME NOW**, the parties, by and through the undersigned counsel of record and make this their Notice of Mandatory Settlement Conference and state as follows;

1. The parties through their respective counsel met on December 15th, 2007 to discuss the possibility of reaching settlement / resolution of the matters presently pending before this Honorable Court and as styled above herein.

2. Plaintiff, through counsel made a demand sum of Defendants and a counter-offer was thus replied, however, to no avail could the parties reach resolution of the matters.

3. Counsel for the parties have further discussed the possibility and will resume attempts to resolve in the coming few weeks.

4. It is with all due respect that Your Honor's ORDER was adhered to inasmuch as the parties have timely met and discussed settlement, and will continue to discuss settlement, however, the parties failed to timely Notice this Honorable Court of the same in a timely manner and more importantly as ORDERED.

5. The undersigned counsel, Michael Guy Holton, agreed to timely file the instant Notice

and failed to do so, further, Counselor Holton herein respectfully prays Your Honor excuse said tardiness and in no event hold same as against Defendant.

6. Counsel for Defendants is presently out of the U.S. and expected to return in early February, additionally Defendant Jones is presently scheduled for work in New York City, NY in a bout set for January 19th, 2008. The undersigned counsel expects settlement negotiations to resume in early February.

**RESPECTFULLY SUBMITTED** this the 17th day of January 2008.

/s Michael Guy Holton
Michael Guy Holton (HOL106)
Fuller, Taylor & Holton, P.C.
Attorneys for Plaintiffs
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 514- 6003 (direct)
gholtonattorney@hughes.net

Marvin H. Campbell, Esq.
Counsel for Defendant
P.O. Box 4979
Montgomery, Alabama 36103

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing by filing same on the E-File Court Filing System for the United States District Court, Middle District of Alabama, Northern Division on this the 17th day of January, 2008.

    I                                          /s Michael Guy Holton
                                              Counsel for Plaintiff