IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FRED FOSTER d/b/a UNLEASHED PRODUCTIONS,** ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> **ROY JONES & THE BODY HEAD BANGERZ d/b/a BODY HEAD ENTERTAINMENT.** ) <br> ) <br> Defendant. ) | CIVIL CASE No: 2:07-cv-00472 |

**COMES NOW** Plaintiff, by and through the undersigned counsel of record and makes this his Witness list pursuant to Fed.R.Civ.P. 26(a)(3) and submits as follows;

## WITNESS LIST

1. Pursuant to Federal Rules of Civil Procedure Rule 26 (a) (3)Plaintiff intends to call the following witnesses at trial:

   (A) Fred Foster, Plaintiff
   5812 Portsmonth Drive
   Montgomery, Alabama 36116
   (334)286-4016

   (B) Valencia Foster
   5812 Portsmonth Drive
   Montgomery, Alabama 36116
   (334)286-4016

   (C) Montgomery Security Department
   John Thornell
   316 Calloway Street
   Montgomery, Alabama 36107
   (334)262-2474

(D)  Dillingham Media Group
     Mack Dillingham
     5295 Vaughn Road Suite 19
     Montgomery, Alabama 36117
     (334)215-1456

(E)  Video Productions Unlimited
     3001 Zelda Road Suite 500
     Montgomery, Alabama 36106
     (334)215-4367

(F)  Carmichael Center
     Charles P. Kelson
     150 East Flemings Road
     Montgomery, Alabama 36105
     (334)281-4288

(G)  Clear Channel Radio
     General Manager
     James Belton
     648 South Perry Street
     Montgomery, Alabama 36104
     (334)274-6464

(H)  Azars Uniforms, Inc.
     5767 Carmichael Road
     Montgomery, Alabama 36117
     (334) 244-1133

(I)  Maurice Johnston
     4400 Bayou Boulevard, Suite 13-D
     Pensacola, Florida 35203
     (850)479-2949

(I)  Roy Jones, Jr.
     2335 Klinger Street
     Pensacola, Florida 35214
     (850)479-2949

(J)  Any and all witnesses necessary for rebuttal.

2. Further, Plaintiff reserves the right to amend this witness list and good cause shown specifically that as of this date Defendants have failed to respond to Plaintiffs discovery

requests.

**RESPECTFULLY SUBMITTED** this the 25th day of January, 2008.


__s/Michael Guy Holton___
Michael Guy Holton (HOL106)
Jennifer Mae Holton (DAV167)
Fuller,Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117
(334) 244-0447
gholtonattorney@hughes.netred
jholtonattorney@hughes.net

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing on the below listed counsel by filing same on the E-File Court Filing System for the United States District Court, Middle District of Alabama, Northern Division on this the 25th day of January, 2008.

Marvin H. Campbell, Esq.
P.O. Box 4979
Montgomery, Alabama 36103

/s Michael Guy Holton
**OF COUNSEL**