IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FRED FOSTER d/b/a UNLEASHED PRODUCTIONS,** )<br>)<br>Plaintiff,  )<br>vs.  )<br>)<br>**ROY JONES & THE BODY HEAD BANGERZ d/b/a BODY HEAD ENTERTAINMENT.**  )<br>)<br>)<br>)<br>Defendant.  ) | CIVIL CASE No: 2:07-cv-00472 |

**COMES NOW** Plaintiff, by and through the undersigned counsel of record and makes this his Amended Witness list pursuant to Fed.R.Civ.P. 26(a)(3) and submits as follows;

## AMENDED WITNESS LIST

1. Pursuant to Federal Rules of Civil Procedure Rule 26 (a) (3)Plaintiff intends to call the following witnesses at trial:

   (A)   Fred Foster, Plaintiff
         5812 Portsmonth Drive
         Montgomery, Alabama 36116
         (334)286-4016

   (B)   Valencia Foster
         5812 Portsmonth Drive
         Montgomery, Alabama 36116
         (334)286-4016

   (C)   Montgomery Security Department
         John Thornell
         316 Calloway Street
         Montgomery, Alabama 36107
         (334)262-2474

(D)     Dillingham Media Group
        Mack Dillingham
        5295 Vaughn Road Suite 19
        Montgomery, Alabama 36117
        (334)215-1456

(E)     Video Productions Unlimited
        3001 Zelda Road Suite 500
        Montgomery, Alabama 36106
        (334)215-4367

(F)     Carmichael Center
        Charles P. Kelson
        150 East Flemings Road
        Montgomery, Alabama 36105
        (334)281-4288

(G)     Clear Channel Radio
        General Manager
        James Belton
        648 South Perry Street
        Montgomery, Alabama 36104
        (334)274-6464

(H)     Azars Uniforms, Inc.
        5767 Carmichael Road
        Montgomery, Alabama 36117
        (334) 244-1133

(I)     Maurice Johnston
        4400 Bayou Boulevard, Suite 13-D
        Pensacola, Florida 35203
        (850)479-2949

(I)     Roy Jones, Jr.
        2335 Klinger Street
        Pensacola, Florida 35214
        (850)479-2949

(J)     Anthony Foster
        3016 Mustang Drive
        Columbus, Georgia 31909
        (706)321-9653

 (K) Vaneishia Newman
   2760 Zelda Road
   Montgomery, Alabama 36106
   (334)409-7344

 (L) Nathan Foster
   3016 Mustang Drive
   Columbus, Georgia 31909
   (706)321-9653

 (M) Any and all witnesses necessary for rebuttal.

2. Further, Plaintiff reserves the right to amend this witness list and good cause shown specifically that as of this date Defendants have failed to respond to Plaintiffs discovery requests.

  **RESPECTFULLY SUBMITTED** this the 25th day of January, 2008.


\_\_s/Michael Guy Holton\_\_\_
Michael Guy Holton (HOL106)
Jennifer Mae Holton (DAV167)
Fuller,Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117
(334) 244-0447
gholtonattorney@bellsouth.net
jholtonattorney@bellsouth.net

## CERTIFICATE OF SERVICE

 I do hereby certify that I have served a copy of the foregoing on the below listed counsel by filing same on the E-File Court Filing System for the United States District Court, Middle District of Alabama, Northern Division on this the 25th day of January, 2008.

Marvin H. Campbell, Esq.
P.O. Box 4979
Montgomery, Alabama 36103

            /s Michael Guy Holton
            **OF COUNSEL**