IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRED FOSTER d/b/a UNLEASHED PRODUCTIONS | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-472-WKW |
| ROY JONES & THE BODY HEAD BANGERS d/b/a BODY HEAD ENTERTAINMENT | ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

In the parties' Notice of Mandatory Settlement Conference (Doc. # 17), they indicated that they had engaged in ongoing settlement negotiations. While the court will not compel mediation, it strongly encourages mediation in this case. It is ORDERED that the parties show cause in writing **on or before February 19, 2008** why this case should not be mediated before Magistrate Judge Terry F. Moorer.

DONE this 12th day of February, 2008.

          /s/   W.  Keith Watkins
          UNITED STATES DISTRICT JUDGE