IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED FOSTER d/b/a UNLEASHED PRODUCTIONS, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ROY JONES & THE BODY HEAD BANGERZ d/b/a BODY HEAD ENTERTAINMENT. )<br>)<br>Defendant. ) | CIVIL CASE No: 2:07-cv-00472 |

**PLAINTIFF'S SHOW CAUSE RESPONSE**

**COME NOW**, Plaintiff, by and through the undersigned counsel of record and make this his Response to this Honorable Court's Order to Show Cause regarding mediation, and states as follows;

1.  Plaintiff has no objection to mediation and would prefer that same be ORDERED by Your Honor in the above styled cause of action.

**RESPECTFULLY SUBMITTED** this the 13th day of February, 2008.


/s Michael Guy Holton
Michael Guy Holton (HOL106)
Fuller, Taylor & Holton, P.C.
Attorneys for Plaintiffs
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 514- 6003 (direct)
gholtonattorney@hughes.net

Marvin H. Campbell, Esq.
Counsel for Defendant
P.O. Box 4979
Montgomery, Alabama 36103

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the foregoing by filing same on the E-File Court Filing System for the United States District Court, Middle District of Alabama, Northern Division on this the 13th day of February, 2008.

    I                                                      /s Michael Guy Holton
                                                           Counsel for Plaintiff