## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **FRED FOSTER d/b/a UNLEASHED PRODUCTIONS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIVIL CASE No: 2:07-cv-00472** |
| | ) | |
| **ROY JONES & THE BODY HEAD BANGERZ d/b/a BODY HEAD ENTERTAINMENT.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S EXHIBIT LIST

**COMES NOW**, Plaintiff, by and through the undersigned counsel of record and Pursuant to Federal Rules of Civil Procedure Rule 26 (a)(3) and submits the following Exhibit List of documents Plaintiff intends to submit as evidence at trial of this matter, and states as follows;

1.  Plaintiffs Exhibit 1 - Ticket Returns, attached hereto and marked as Plaintiffs Exhibit 1;

2.  Plaintiffs Exhibit 2 - Receipt from rental of the Carmichael Center, attached hereto and marked as Plaintiffs Exhibit 2;

3.  Plaintiffs Exhibit 3 - Artist Engagement Agreement, attached hereto and marked as Plaintiffs Exhibit 3;

4.  Plaintiffs Exhibit 4 - Montgomery Security Department invoice and contract, attached hereto and marked as Plaintiffs Exhibit 4;

5.  Plaintiffs Exhibit 5 - Compass Wire Transfer Request, attached hereto and marked as Plaintiffs Exhibit 5;

6.      Plaintiffs Exhibit 6 - Dillingham Media Group receipt, attached hereto and marked as Plaintiffs Exhibit 6;

7.      Plaintiffs Exhibit 7 - Dillingham Media Group receipt, attached hereto and marked as Plaintiffs Exhibit 7;

8.      Plaintiffs Exhibit 8 - Video Productions Unlimited receipt, attached hereto and marked as Plaintiffs Exhibit 8;

9       Plaintiffs Exhibit 9 - Azar's Uniform receipt, attached hereto and marked as Plaintiffs Exhibit 9;

10.     Plaintiffs Exhibit 10 - Carmichael Center rental Agreement, attached hereto and marked as Plaintiffs Exhibit 10;

11.     Plaintiffs Exhibit 11 - Clear Channel Radio statement and receipt, attached hereto and marked as Plaintiffs Exhibit 11;

12.     Plaintiffs Exhibit 12 - Receipt for Jerome Davidson services, attached hereto and marked as Plaintiffs Exhibit 12;

13.     Plaintiffs Exhibit 13 - Receipt of promoter, attached hereto and marked as Plaintiffs Exhibit 13;

14.     Plaintiffs Exhibit 14 - Advertisement Card, attached hereto and marked as Plaintiffs Exhibit 14;

9.      Further, Plaintiff reserves the right to amend this Exhibit list upon receipt of any additional documents or discovery provided by Defendants.

**RESPECTFULLY SUBMITTED** this the 13th day of February, 2008.

__s/Michael Guy Holton____
Michael Guy Holton (HOL106)
Jennifer Mae Holton (DAV167)
Fuller,Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117
(334) 244-0447
gholtonattorney@hughes.netred
jholtonattorney@hughes.net

## CERTIFICATE OF SERVICE

     I do hereby certify that I have served a copy of the foregoing on the below listed counsel by filing same on the E-File Court Filing System for the United States District Court, Middle District of Alabama, Northern Division and by emailing Counsel for Defendant PDF of each Exhibit hereto on this the 13th day of February, 2008.

Marvin H. Campbell, Esq.
P.O. Box 4979
Montgomery, Alabama 36103

                         /s Michael Guy Holton
_____**OF COUNSEL**