## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **FRED FOSTER d/b/a UNLEASHED PRODUCTIONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL CASE NO. 2:07-cv-472-WKW** |
| | ) | |
| **ROY JONES & BODY HEAD BANGERZ d/b/a BODY HEAD ENTERTAINMENT.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## RESPONSE OF DEFENDANT TO
## ORDER TO SHOW CAUSE REGARDING MEDIATION

Comes now the defendant, Roy Jones, by and through his undersigned counsel, and responds as follows to this Court's Order to Show Cause regarding the mediation of this matter:

1.    Defendant objects to mediation on the ground that this Court lacks subject matter jurisdiction of this dispute.  In his answer filed in this action on or about June 20, 2007, defendant denied that this Court has jurisdiction of this dispute.  Plaintiff failed to allege that the amount in controversy exceeds $75,000.00 and in fact the amount in controversy is far less than $75,000.00, as clearly evidenced by Plaintiff's Exhibits identified for trial, a copy of which are attached hereto as Exhibit "A".  These Exhibits include invoices and receipts for expenses totaling only $9,307.04.

2.    Plaintiff's Exhibits also include what purports to be an adding machine tape of ticket sales/returns with a purported total value of $14,518.00 (Exhibit "1").  The Artist Engagement Contract which appears as one of Plaintiff's Exhibits (Exhibit "3") shows that Roy Jones was to receive $18,000.00 for the performance.  Therefore, the total ticket sales can not

be included in the amount in controversy since all or a substantial part of that amount would have been paid to Roy Jones under the Artist Engagement Contract.  Indeed, it would appear that plaintiff may have realized a financial benefit by the cancellation of the performance given the paltry ticket sales as of the day of the performance.

3.    Plaintiff's Exhibits include a Wire Transfer Request to Compass Bank for $8,000.00 (Exhibit "5") to be wired to "Body Head Entertainment" as an advance for the show. BodyHead Entertainment received the advance but refunded $6,600.00 on August 1, 2005, as evidenced by BodyHead Entertainment's bank statement and check attached hereto as Exhibit "B".  The remaining $1,400.00 was paid to Maurice Johnson who may not have refunded his part of the advance.  If he did not, Plaintiff was out-of-pocket $1,400.00 for the unrefunded advance.

4.    It should be noted that Plaintiff's Trial Exhibits do not include cancelled checks or other evidence of payment of the amounts presumably expended by Plaintiff with the exception of a check payable to "WZHT-FM" in the amount of $1,512.00, a receipt dated June 6, 2005 from "K. Johnson" in the amount of $300.00, a receipt for "Promotion" dated June 8, 2005, in the amount of $750.00, and a receipt in the amount of $500.00 dated June 7, 2005, from "Video Productions Unlimited".   There is no evidence whatsoever of actual payment by Plaintiff of the other invoices included in Plaintiff's Exhibits.   The expenses for which there is some evidence of payment total $3,062.00.

5.    28 U.F.C.S. §1332(a) provides for diversity jurisdiction in the U.S. District Courts in "civil actions when the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and cost, …".   Defendant raised the issue of this Court's lack of jurisdiction to decide this dispute in his Answer, and the Court should inquire and determine

whether it has subject matter jurisdiction. Such an inquiry and determination is to be made "at the earliest possible stage" and the District Court should inquire into subject matter jurisdiction *sua sponte* whenever jurisdiction may be lacking. *Fitzgerald v. Seaboard Sys. R.R.*, 760 F.2d 1249, 1251 (11th Cir. 1985) (per curiam); *Wernick*, 524 F.2d. at 545; see also *Save the Bay, Inc., v. United States Army*, 639 F.2d 1100, 1102 (5th Cir. 1981) (per curiam) (holding that courts must constantly examine the basis of their jurisdiction before proceeding to the merits).

5.      If this Court should find that jurisdiction is lacking, the Court is powerless to order mediation or enforce any settlement agreement reached between parties participating in a voluntary mediation. Plaintiff has indicated its willingness to participate in mediation only if mediation is ordered by the Court.

6.      If jurisdiction is not lacking in the present action, defendant is not opposed to mediation of this dispute.

> s/Marvin H. Campbell
> Marvin H. Campbell (CAM0019)
> Attorney for Defendants
> P.O. Box 4979
> Montgomery, AL  36103-4979
> Phone: (334) 263-7591
> Fax: (334) 832-9476
> E-mail: mhcfirm@aol.com

## CERTIFICATE OF SERVICE

I certify that on February 15, 2008, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael Guy Holton, Esq.
> Jennifer Mae Holton, Esq.
> Fuller, Taylor, & Holton, P.C.
> 5748 Carmichael Parkway, Suite D
> Montgomery, AL 36117

> s/Marvin H. Campbell
> MARVIN H. CAMPBELL

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRED FOSTER d/b/a UNLEASHED PRODUCTIONS, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL CASE No: 2:07-cv-00472 |
| vs. | ) ) | |
| ROY JONES & THE BODY HEAD BANGERZ d/b/a BODY HEAD ENTERTAINMENT. | ) ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW, Plaintiff, by and through the undersigned counsel of record and Pursuant to Federal Rules of Civil Procedure Rule 26 (a)(3) and submits the following Exhibit List of documents Plaintiff intends to submit as evidence at trial of this matter, and states as follows;

1.    Plaintiffs Exhibit 1 - Ticket Returns, attached hereto and marked as Plaintiffs Exhibit 1;

2.    Plaintiffs Exhibit 2 - Receipt from rental of the Carmichael Center, attached hereto and marked as Plaintiffs Exhibit 2;

3.    Plaintiffs Exhibit 3 - Artist Engagement Agreement, attached hereto and marked as Plaintiffs Exhibit 3;

4.    Plaintiffs Exhibit 4 - Montgomery Security Department invoice and contract, attached hereto and marked as Plaintiffs Exhibit 4;

5.    Plaintiffs Exhibit 5 - Compass Wire Transfer Request, attached hereto and marked as Plaintiffs Exhibit 5;

Exhibit A

6.    Plaintiffs Exhibit 6 - Dillingham Media Group receipt, attached hereto and marked as Plaintiffs Exhibit 6;

7.    Plaintiffs Exhibit 7 - Dillingham Media Group receipt, attached hereto and marked as Plaintiffs Exhibit 7;

8.    Plaintiffs Exhibit 8 - Video Productions Unlimited receipt, attached hereto and marked as Plaintiffs Exhibit 8;

9     Plaintiffs Exhibit 9 - Azar's Uniform receipt, attached hereto and marked as Plaintiffs Exhibit 9;

10.   Plaintiffs Exhibit 10 - Carmichael Center rental Agreement, attached hereto and marked as Plaintiffs Exhibit 10;

11.   Plaintiffs Exhibit 11 - Clear Channel Radio statement and receipt, attached hereto and marked as Plaintiffs Exhibit 11;

12.   Plaintiffs Exhibit 12 - Receipt for Jerome Davidson services, attached hereto and marked as Plaintiffs Exhibit 12;

13.   Plaintiffs Exhibit 13 - Receipt of promoter, attached hereto and marked as Plaintiffs Exhibit 13;

14.   Plaintiffs Exhibit 14 - Advertisement Card, attached hereto and marked as Plaintiffs Exhibit 14;

9.    Further, Plaintiff reserves the right to amend this Exhibit list upon receipt of any additional documents or discovery provided by Defendants.

**RESPECTFULLY SUBMITTED** this the 13th day of February, 2008.

___s/Michael Guy Holton___
Michael Guy Holton (HOL106)
Jennifer Mae Holton (DAV167)
Fuller,Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117
(334) 244-0447
gholtonattorney@hughes.netred
jholtonattorney@hughes.net

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing on the below listed counsel by filing same on the E-File Court Filing System for the United States District Court, Middle District of Alabama, Northern Division and by emailing Counsel for Defendant PDF of each Exhibit hereto on this the 13th day of February, 2008.

Marvin H. Campbell, Esq.
P.O. Box 4979
Montgomery, Alabama 36103

/s Michael Guy Holton
**OF COUNSEL**

Ray Snelz
7/8/05

PLAINTIFF'S
EXHIBIT

CASE
NO.  TT's

EXHIBIT
NO.   1

(1 of 2)

14/5/8

(2 of 2)

Carmichael Center, Inc
150 E. Fleming Road
Montgomery, AL 36105
(334)-281-4288

| INVOICE # IU1000 | |
| --- | --- |
| Account # | 11020 |
| Invoice Date | 07-8-2005 |
| Due Date | 07-8-2005 |

Bill To :
Unleashed Production

| QTY | Item -- Description | Item Price | Line Total |
| --- | --- | --- | --- |
| 2743 | Tickets | $1.00 | $2,743.00 |
| 2743 | Parking | $1.00 | $2,743.00 |

| | |
| --- | --- |
| Subtotal | $5,486.00 |
| Tax | $0.00 |
| Shipping | $0.00 |
| Total Due | $5,486.00 |



PLAINTIFF'S EXHIBIT

CASE NO.

EXHIBIT NO. 2

05/27/2005  14:22   3342790059                    OFFICE DEPOT 163                              PAGE  02

# ARTIST ENGAGEMENT CONTRACT

Agreement made this ____27th____ day of _____May_____, 2005
Between_____ Roy Jones & The Body Head Bangerz (Magic/Choppa/Young
Bleed/Boneface/LBoogie/Perion/Bleed/Sdub) _____ (hereinafter referred to as
"ARTIST") and ___ULEASHED  Productions_____ (hereinafter referred as
"PURCHASER").

It is mutually agreed between the parties as follows:

The PURCHASER hereby engages the ARTIST hereby agrees to perform the
engagement hereinafter provided, upon all terms and conditions herein set forth,
including those hereof entitled "Additional Terms and Conditions".

    1.    PLACE OF ENGAGEMENT ___Carmichael Center_____ _____
    2.    DATE OF ENGAGEMENT ____July 8th_____
    3.    HOURS OF ENGAGEMENT __1__ show @ approximately ____tbd_____
    4.    SOUNDCHECK _____tbd_____
    5.    FULL PRICE AGREED UPON _____$18,000.00_____

                    All deposits are non refundable.
    All deposits shall be paid by certified check, money order, or cash as follows:

(A) $8000.00__ shall be paid by PURCHASER to and in the name of ARTIST
representative, not later than 48 HOURS AFTER CONTRACT HAS BEEN ISSUED.
(B) $10,000.00__ shall be paid by PURCHASER to ARTIST at the hotel 2 hours
BEFORE SHOW and upon arrival at HOTEL in CASH ONLY. Agent is hereby
irrevocably authorized to turn over all payment to ARTIST no later than 2 HOURS
BEFORE SHOWTIME.
(C) Additional payments, if any, shall be paid by PURCHASER to ARTIST not later than
SAME DAY.

IF SCHEDULED PAYMENT(S) ARE NOT MADE ON TIME, ARTIST HAS THE
RIGHT TO CANCEL THIS AGREEEMENT AND PURCHASER SHALL BE LIABLE
TO ARTIST FOR DAMAMGES, IN ADDITION TO THE COMPENSATION
PROVIDED HEREIN.

    6.    SCALE OF ADMISSION _____Amount of people _____ x 1-Potential Gross
          $ _____
    7.    Purchaser agrees to no advertising until %50 deposit, signed contract and rider
        are received.

(1 of 2)



PLAINTIFF'S
EXHIBIT

CASE
NO.

EXHIBIT
NO.        3

Ø02                          BODY HEAD ENT.                    05/27/2005 14:23 FAX 8504799866

Montgomery Security Department
Montgomery, Alabama

CONTRACT FOR SERVICES AGREEMENT

I, FRED FOSTER being a legal representative for UNLEASHED PRODUCTIONS hereby contract the services of Montgomery Security Department to perform the services to be listed here.

Montgomery Security Department requires that a minimum number of hours be met. Therefore, the

begin service will be July 9, 2005

7pm beginning at 7pm

7pm - 1:10 am

I understand that all access made will be at the sole discretion

$1938.00 Due at end Of Services

16.00 per hour. Any special payment needed, other than that specified above

This contract will go into effect 7-09-2005 ending on 7-10-2005



John S. Flowers & others

Flowers

given July 09 2005



PLAINTIFF'S EXHIBIT

CASE NO.

EXHIBIT NO. 4

(page 2 of 2)



**Compass Bank**

PLAINTIFF'S EXHIBIT

CASE NO.

EXHIBIT NO. **5**

## WIRE TRANSFER REQUEST

[X] Domestic

[ ] International

Effective Date: ___06/01/2005___

| AMOUNT INFORMATION | RECEIVING/BENEFICIARY BANK INFORMATION |
|---|---|
| [ ] To be sent in USD:  Amount: $ $8,000.00 | Bank Name: WACHOVIA BANK _(Bank where beneficiary or beneficiary bank holds an account)_ |
| [ ] To be sent in Foreign Currency: Currency Type: _____ | Bank Address: 235 EAST NINE MILE RD _(Please provide at minimum city, and state or country)_ PENSACOLA, FL 32534 |
| Foreign Currency Amount. $ _____ OR | Bank ID: 063000021 _(ABA No., SWIFT No., or other routing code)_ |
| Closest Equivalent of USD $ _____ | |

| ORIGINATOR INFORMATION | BENEFICIARY INFORMATION |
|---|---|
| Debit Account #: 0024537609 | Credit Account #: 2000015734314 |
| Customer Name: VALENCIA L FOSTER | Account Name: BODY HEAD ENTERTAINMENT INC. |
| Customer's Street Address: 5812 PORTSMOUTH DR | Account Address: |
| MONTGOMERY   AL   36116 | PENESACOLA   FL   32534- |

| INTERMEDIARY/BENEFICIARY BANK INFORMATION | REFERENCE BENEFICIARY INFORMATION |
|---|---|
| Bank Name: | |
| Bank Address: | |
| Bank ID: _(Code or other identifying information)_ | |

The undersigned customer/originator acknowledges receipt of the agreement on the reverse side of this request and agrees to its terms and conditions.

_Valencia L Foster_
**Authorized Customer / Originator Signature**

| ID REQUIRED: [X] Driver's License | [ ] Passport |
|---|---|
| State (Country): AL | Number: 6163966 |
| Tax ID Number: 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 | Phone Number: (334) 286-4016 |

### TO BE COMPLETED BY BANKING CENTER/DEPARTMENT (PLEASE PRINT OR TYPE CLEARLY)
Signing below acknowledges that proper procedures have been completed.

| Banking Center/Office Phone Montgomery Mall (334) 409-7366 | State (i.e., AL/AZ/CO/FL/NM/TX): AL Account: 24537609 Cost Center: 30304 | Does request require Management Committee approval? |
|---|---|---|
| Initiated By (Print) | Collected Balance $ $22,302.17 | [ ] Yes   [X] No |
| Quentin O. Byrd | | Name of Management Committee Member Contacted: |
| Initiated By (Signature) | Account "marked up" for deposit coming? | |
| | [ ] Yes   [X] No | |
| Reviewed/Approved By (Print) | **NOTE:** | |
| | **ALL INTERNATIONAL WIRES AND ALL DOMESTIC WIRES > $100,000 REQUIRE BOTH INITIATOR AND APPROVER SIGNATURES.** | Compass Bank will charge a fee for the wire transfer requested, according to the type of transfer, as set forth in its then existing schedule on wire transfer fees. |
| Reviewed/Approved By (Signature) | | |
| Time Called Voicemail | | |

Rev. 8:03    Side A

Customer Copy

JetForm   C442642... AL/AZ/CO/FL/NM/TX

**DILLINGHAM**
MEDIA GROUP

5295 vaughn rd ste 12
montgomery, alabama
toll free: 888.215.1456
or 334.215.1456
toll free fax: 888.215.1457
334.215.1457

email: dmg@dillinghammedia.com

# Invoice

Client _____ Unleashed Production _____

Job _____ Poster 11x17 (40) Flyers 4,25 5.5 (500) _____

Quantity _____ 5000   Ray Tones & Body Head Banner _____

Price s _____ $525 _____ Paid _____

Check 357

Signature _____

Date _____ 6/2/05 _____

Mack Dillingham Owner

PLAINTIFF'S
EXHIBIT

CASE
NO.

EXHIBIT
NO. **6**

**IMPORTANT NOTES**

1. If your job is color critical, you must request a color proof along with your job. Color proofs are not included in our prices.
2. We are not responsible for proofing your work. Please proof (spell check) before submitting any work.
3. Please Note: In order to offer better than nationwide prices and the inexpensive four color prices, we produce our postcards in a "gang" format on 4 color offset presses. We will make every effort to produce a reasonable representation of your print job based on your supplied images. However, be advised that Axis flyers does not guarantee color matching.
4. All orders are subject to underruns and will be billed at

price per thousand of quantity of entered order. Any orders specifying "no underruns" will require a 5% increase in per 1000 prices to cover the cost of materials used in meeting the exact order requirements. (This includes specialty paper orders.)
5. A note about turnaround time: Factors such as mechanical breakdowns and shipping company practices are out of our control and we cannot be held responsible if they affect a shipment from arriving "on time". For this reason we do not "guarantee" when a package will get there, however you do have our promise to do "everything that is reasonably possible" to get your package to its final destination in a speedy fashion.

**DILLINGHAM**
M E D I A  G R O U P

5295 vaughn rd ste 10
montgomery, alabama
toll free: 888.215.1456
or 334.215.1456

toll free fax: 888.215.1457
334.215.1457

email: dmg@dillinghammedia.com

# Invoice

Client _____ Unleashed Productions

Job _____ All access Passes

Quantity _____ 20

Price s _____ 3.75 each    $75

Signature _____

Date _____ 7/3/04

**PLAINTIFF'S EXHIBIT**

CASE NO.

EXHIBIT NO. **7**

Mack Dillingham Owner

**IMPORTANT NOTES**

1. If your job is color critical, you must request a color proof along with your job. Color proofs are not included in our prices.
2. We are not responsible for proofing your work. Please proof (spell check) before submitting any work.
3. Please Note: In order to offer better than nationwide prices and the inexpensive four color prices, we produce our postcards in a "gang" format on 4 color offset presses. We will make every effort to produce a reasonable representation of your print job based on your supplied images. However, be advised that Axis flyers does not guarantee color matching.
4. All orders are subject to underruns and will be billed at price per thousand of quantity of entered order. Any orders specifying "no underruns" will require a 5% increase in per 1000 prices to cover the cost of materials used in meeting the exact order requirements. (This includes specialty paper orders.)
5. A note about turnaround time: Factors such as mechanical breakdowns and shipping company practices are out of our control and we cannot be held responsible if they affect a shipment from arriving "on time". For this reason we do not "guarantee" when a package will get there, however you do have our promise to do "everything that is reasonably possible" to get your package to its final destination in a speedy fashion.



Video Productions Unlimited

# Payment Receipt
## As of 6/7/2005



PLAINTIFF'S
EXHIBIT

CASE
NO.

EXHIBIT
NO.  **8**

3001 Zelda Road Suite 500 - Montgomery, AL 36106
Ph: (334) 215-4367 Fax: (334) 215-4368

 **Client**   Unleash Production
Fred Foster

 **Event**   Roy Jones Spot
Event Date: Tuesday, 6/7/2005
Start Time: 12:00 AM
End Time: 12:00 AM

**Package**

| Name | Description | Price |
|---|---|---|
| Commercial Production-Animated | | $500.00 |

Total Package Price:  $500.00

**Additional Items**

| Item | Unit Price | Qty | Discount | Price | Tax | Total |
|---|---|---|---|---|---|---|
| Totals: | | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Payments Made**

| Pmt Date | Type | Description | Amount |
|---|---|---|---|
| 6/7/2005 | Personal Check | Retainer | $100.00 |
| 6/7/2005 | Cash | Balance | $400.00 |

**Summary**

| | |
|---|---|
| Event Package Total: | $500.00 |
| Additional Items Total: | $0.00 |
| Discount: | $0.00 |
| Subtotal: | $500.00 |
| Payments Received: | $500.00 |
| **Balance Due:** | **$0.00** |

Total Payments Made:  $500.00

**AZAR'S UNIFORMS, INC.**
5767 CARMICHAEL RD.
MONTGOMERY, AL 36117
(334) 244-1122   FAX (334) 244-9995

Customer's
Order No. _____   Phone No. _____   Date 6-4-05

Name _____

Address _____

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---------|------|--------|--------|----------|-------------|----------|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 1 | Baby | 25 | 95 |
| 1 | 1 Pou | 18 | 85 |
|   |        |    | 44 80 |
| 1 | 1 Pc baby hhl | 7 | 95 |
|   |        |    | 52 85 |
|   | Baby 25 | 50 70 |  |
|   |        | TAX | 5 29 |
|   |        | TOTAL | 57 04 |

All claims and returned goods MUST be accompanied by this bill.

Rec'd by _____

*Thank You*

07C1820 3PT  DC00800 3PT
REORDER FROM RAPIDFORMS
800-257-8354
PRINTED IN U.S.A.

-1000-

PLAINTIFF'S
EXHIBIT

CASE
NO.

EXHIBIT
NO. **9**

PLAINTIFF'S EXHIBIT

CASE NO. _____

EXHIBIT NO. 10

**Carmichael Center, Inc.**
**150 E. Fleming Road**
**Montgomery, AL 36105**
**(334) 281-4288**

## RENTAL AGREEMENT

This agreement made and entered into this _27th___ day of _May, 2005_ between **The Carmichael Center, Inc.** hereinafter referred to as *The Center* and ___Unleashed Productions___ hereinafter referred to as *Sponsor.*

**WHEREAS**, The Center, is from time to time available for rent; and
**WHEREAS**, desires to rent the facility as hereinafter described, for the purpose hereinafter set forth; now
**THEREFORE**, In consideration of the mutual covenants and conditions herein contained, *The Center* and Sponsor mutually agrees as follows:

**SPACE AND PURPOSE.** Permission is hereby granted to use and occupy the following described space within *The Center* for the following, and no other purpose:

(a)   **Space:** Arena Area, Stage, Dressing Rooms, Bath Rooms, Lobby, Podium, Two Mics

(b)   **Purpose: Roy Jones Jr. Concert**

(c)   **Number of Attendants: 3000**

(d)   This Rental Fee is based on the number of attendance, equipment, staff and time as outlined in section (a,b,c,e,g). Any increase in attendance, time or staff will be added to the amount given in section (i).

(e)   As per the scope of this event, the Center will provide the following support inclusions:

   **Setup, Breakdown, In House Audio Visual,  Persons to run Audio Visual, per attached Addendum A if applicable. _____.**

(f)   The Center expressly reserves for its own use all lobbies, offices, halls, corridors, concession stands, grounds and other space in and about the facility except as hereinabove expressly set forth.

**USE DATE AND TIME.**
I(g)   Use of the rented space shall begin at 2:00 pm_ on the 8th_ day of July , 2005,  &
   end on or about 2:00 am ,on the 9th day of July, 2005.

(h)   **Property.** If Sponsor neglect or refuses to remove its property from the facility, the adjacent parking lots and driveways, or from other premises of *The Center*, by the ending date and time set forth above, the parties agree that *The Center* may remove and place in storage any and all of such property at the sole cost and expense of *Sponsor* and that after a period of 30 days from the ending date of this agreement, the property shall be deemed abandoned and shall become the property of *The Center* to be disposed of or utilized at *The Center's* discretion.

**RENTAL FEE**

(i)   *Sponsor* agrees to pay The Carmichael Center an All Inclusive Rental Fee of  $4,000.00 or 42% of ticket sales, whichever is greater,  plus security.

(j)   *Sponsor* agrees to remit with the return of this signed contract, by cash or cashier's check, a non-refundable deposit in the amount of  $4,000.00 __, which amount will be applied toward the total rental fee charged to Sponsor.

(k)   *Sponsor* agrees to pay any  balance the night of the show.

(l)   *Sponsor* agrees to  furnish __ __50_____ tickets to the Facility Director for house use.

(m)   Any ticket sale or cash receipts in the possession of  *The Center* may be applied to the payment of said rental fee, and Sponsor waves all rights to that portion of ticket sale receipts necessary to pay said rental fee or other charges due *The Center* in connection with the event.

(n) TicketMaster, Inc., will act as the exclusive ticket sales contractor to produce, sell and distribute all tickets for this event, in accordance with the TicketMaster agreement between *Carmichael Center, Inc. and* TicketMaster, Inc., unless agreed otherwise by both parties, if applicable.
   __N/A_____

(page 1 of 3)

**PARKING & TICKET SALES**
Sponsor agrees to add __$1.00_____ for parking & _$1.00_ for ticket sales to face value of ticket which will be paid to the Carmichael Center the day of event.

**CANCELLATION BY SPONSOR**

(o)    Should *Sponsor* cancel the event covered in this contract or fail for any reason to use the premises covered by this contract, no refund of the deposition will be made and the full rental fee called for by the contract will be due and payable immediately at *The Center* as liquidated damages. These remedies shall be in addition to any other available by law to *The Center*. Weather, rendering performance impossible or impracticable for *Sponsor* shall not be deemed justification for cancellation.

**DEFAULT BY SPONSOR**

(p)    Should *Sponsor* default in the performance of any of the terms of this contract, *The Center* at its option may terminate this agreement. In the event of such termination for default, no refund of deposition will be made, and *Sponsor* will be held liable for the full amount of said rental fee as liquidated damages. These remedies shall be in addition to any other remedies available by law to *The Center*. Should *The Center* exercise the right to terminate this agreement, *Sponsor* agrees to forego any and all claims for damages against *The Center* and further agrees to waive any and all rights which might arise by reason of the terms of this agreement, and *Sponsor* shall have no recourse of any kind against *The Center*.

**INDEMNIFICATION**

(q)    The Center assumes no responsibility whatsoever for any property placed in the facility and *The Center* is expressly released and discharged from any and all liabilities for any loss, injury or damage to person or property that may be sustained by reason of the occupancy and use of said premises under this agreement, provided the loss, injury or damage is not the result of negligence by *The Center*. *Sponsor* will pay all applicable state, & federal taxes through the Center on day of show.

(r)    *Sponsor* shall furnish *The Center* no later than **10 days** in advance of the term of this agreement a certificate showing that there is in force and effect a policy liability insurance in the form of comprehensive or general liability in which *Sponsor* is named the issued and *The Center* as an additional insured with limits of not less than **Two Million Dollars ($2,000,000.00)**, combined single limit covering bodily injury, death and property damage, if applicable. __N/A_____

**Signed this the 27th day of May, 2005.**

Sponsor                                                    Carmichael Center, Inc.

_____                                  _____
Sponsor Signature                                          Carmichael Center Signature

_____                                  CHARLES P. KELSER
Print Name                                                 _____
                                                           Print Name

Witness                                                    Witness

_____                                  _____
Witness Signature                                          Witness Signature

_____                                  _____
Print Name                                                 Print Name

(Page 2 of 3)

# ADDENDUM A

## *Audio System Equipment

Delay Ring 5 - EAW KF650z, Audience Side Fill 2 - EAW MK5164, Front 4 - EAW UB82, Floor WedSubwoofers 4 - EAW BH822e, 4 - EAW SB528zpges 8 - EAW SM15 (bi-amp)

Mixing Consoles - Crest X-VCA 48 (48 ch., 4 matrix outputs, 8 aux. Outputs & 8 VCA groups) Crest X-12 monitor 40 (40 ch., 4 matrix outputs, 12 aux. Outputs & 4 groups)

Monitor Racks - 4 - DBX 2231 (Dual 31 Band EQ),1 - TC Electronics M-ONE (2 ch. multi effects),1 - Presonus ACP88 (8ch. comp/gate)

Front of House Racks - 1 - DBX 2231 (Dual 31 Band EQ), 1 - Lexicon PCM81 (2ch. multi effects), 2 - Yamaha SPX990 (2ch. multi effects), 1 - Yamaha REV 500 (2 ch. reverb unit),1 - Presonus ACP88 (8 ch. Comp/gate),1 - Sony CDRW33 (CD recorder),1 - Sony PCMR300 (DAT player/recorder), 1 - Tascam CD700 (CD/ tape player.

Microphone Package - 3 - Sennheiser EW522-A (wireless lapel ME4 mics), 5 - Sennheiser EW535-A (wireless handheld 835 element), 4 - AKG C3000 condenser mics,2 - Shure instraBETA 52 kick drum mics, 6 - Sennheiser E604 Drum mics, 6 - Shure BETA87A condenser vocal mics, 8 - Shure SM-57 LC vocal/instrument mics,4 - Shure SM-81 LC condenser ment mics,4 - Shure SM-58 LC vocal mics.

## *Lighting

Moving Lights/Miscellaneous
6 - Martin MAC 500 Intelligent Fixtures
Standard Lights - 60 - PAR 64 1kw
3 - Altman Voyager (follow spot)
Control - 1 - Leap Frog Zero88 DMX lighting console

## *Video Presentation - Projection

2 - EIKI LC-X4 (5200ansi lumen) LCD Projectors
2 - Dalite Permawall 126" X 168" (permanently wall mounted stage left and right)

Additional stage sections available at an extra charge to be determined by number of sections required.

* Any additional audio visual or lighting requirements will be the responsibility of the Sponsor & if used in conjunction with "in house equipment", prior approval must be obtained by the Center.

Sponsor must furnish, at their expense, any additional personnel required for use of "in house" or Sponsor furnished audio, visual or lighting, which is beyond the Center's personnel's expertise.

Sponsor

Sponsor Signature

Carmichael Center, Inc.

Charles P. Klin

Center Signature

( page 3 of 3 )

**CLEAR CHANNEL** RADIO

CART # _____
ACCOUNT # _____
DATE ___ / ___ / ___

STATION LU Z I 4 7
ACCOUNT Unleashed Production
SALES REP. Albert
CASH IN ADVANCE    AMT PD ___ PK 388

LENGTH (CIRCLE) 10 15 30 (60)    $1512
STANDARD    CALENDAR

STATEMENT TO
Unleashed Production
5812 Portsmouth Dr
Montgomery, Ala 36116
BUYER Fred Foster
LOCAL    AGENCY

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| AM | AM | AM | AM | AM | AM | AM |
| MD | MD | MD | MD 9 | MD 10 | MD 11 | MD 12 |
| PM | PM | PM | 4 PM ON | 4 PM ON | 4 PM ON | PM |
| EVE | EVE | EVE | 2 EVE | 2 EVE | 2 EVE | EVE |
| TAP | TAP | TAP | 1 TAP | 1 TAP | 1 TAP | TAP |
| AM 13 | AM 14 | AM 15 | AM | AM | AM | AM |
| MD | MD | MD | MD 16 | MD 17 | MD 18 | MD 19 |
| PM | PM | PM | 4 PM ON | 4 PM ON | 4 PM ON | PM |
| EVE | EVE | EVE | 2 EVE | 2 EVE | 2 EVE | EVE |
| TAP | TAP | TAP | 1 TAP | 1 TAP | 1 TAP | TAP |
| AM 20 | AM 21 | AM 22 | AM | AM | AM 25 | AM 26 |
| MD | MD | MD | MD 23 | MD 24 | MD | MD |
| PM | PM | PM | 4 PM ON | 4 PM ON | 4 PM ON | PM |
| EVE | EVE | EVE | 2 EVE | 2 EVE | 2 EVE | EVE |
| TAP | TAP | TAP | 1 TAP | 1 TAP | 1 TAP | TAP |
| AM 27 | AM | AM 29 | AM 30 | AM 1 | AM 2 | AM 3 |
| MD | MD | MD | MD | MD | MD | MD |
| PM | PM | PM | 4 PM ON | 4 PM ON | 4 PM ON | PM |
| EVE | EVE | EVE | 2 EVE | 2 EVE | 2 EVE | EVE |
| TAP | TAP | TAP | 1 TAP | 1 TAP | 1 TAP | TAP |
| AM 4 | AM 5 | AM 6 | AM 7 | AM 8 | AM | AM |
| MD | MD | MD | MD | MD | MD | MD |
| PM | PM | PM | PM | PM | PM | PM |
| EVE | EVE | EVE | EVE | EVE | EVE | EVE |
| TAP | TAP | TAP | TAP | TAP | TAP | TAP |

NUMBER SPOTS    RATE    TOTAL

12 SPOTS @ 6 mins 50 — $ 600
24 SPOTS @ 9-12 ms 28 — $ 672
24 SPOTS @ nw $ — $ 240
___ SPOTS @ ___ $ ___ — $ ___
___ SPOTS @ ___ $ ___ — $ ___
___ TOTAL SPOTS ___ $ 1512

TRAFFIC NOTES

PLAINTIFF'S EXHIBIT

CASE NO.

EXHIBIT NO. 11

SALES MANAGER

| MONTH | GROSS | NET |
|---|---|---|

START 6/9/05 END 6/12/05
BUSINESS/PRODUCT TYPE Entertainment
CC OF COPY    YES    NO

SIGNATURE

TERMS: NET DUE UPON RECEIPT OF INVOICE. THIS IS CANCELABLE ONLY BY WRITTEN COMMUNICATION WITH SALES REP OR STATION MANAGER 14 DAYS IN ADVANCE OF SCHEDULE. IN THE EVENT THIS ACCOUNT BECOMES DELINQUENT AND IS TURNED OVER TO AN OUTSIDE AGENCY FOR COLLECTION, I GUARANTEE PAYMENT, AND AGREE TO PAY COLLECTION FEES.

WHITE COPY - ORIGINAL    YELLOW - ACCOUNT EXECUTIVE    PINK - CLIENT

(page 1 of 2)

388

FREDERICK L FOSTER    D2-04
5312 PORTSMOUTH DR.
MONTGOMERY, AL 36116

Date 6/2/05

Pay to the
Order of        W Z H T - F M                    $ 1512.00

_____ Dollars

Compass Bank

Birmingham, Alabama 01

For _____

⑆06200118⑆ 169 5548 5⑈ 0388

(page 2 of 2)



PLAINTIFF'S
EXHIBIT

CASE
NO.

EXHIBIT
NO. 12

RECEIPT

No. 579891

DATE 6/6/05

RECEIVED FROM Unleashed Productions

Three hundred dollars & 00/100 DOLLARS

FOR Jerome Dawson

FOR RENT ☒

ACCOUNT 300 00

PAYMENT

BAL. DUE

☒ CASH
☐ CHECK
☐ MONEY ORDER

$300.00

BY K. Johnson









PLAINTIFF'S
EXHIBIT

CASE
NO.

EXHIBIT
NO. 14

(page 1 of 2)



(page 2 of 2)



**Business Checking**

01        2000015734314   034   140              42    34        4,308

ɪlɪɪlɪlɪɪllɪɪlɪɪɪllɪllɪɪlɪlɪɪɪllɪɪlɪllɪɪlɪlɪllɪlɪll
BODYHEAD ENTERTAINMENT INC                              CB
4400 BAYOU BLVD SUITE 13D
PENSACOLA FL 32514

# Business Checking

7/30/2005 thru 8/31/2005

Account number:        2000015734314
Account owner(s):      BODYHEAD ENTERTAINMENT INC

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 2662 | 8,400.00 | 8/02 | 2680 | 3,814.47 | 8/09 | 2692 | 10,000.00 | 8/09 |
| 2668* | 1,804.70 | 8/04 | 2681 | 241.24 | 8/05 | 2693 | 6,600.00 | 8/09 |
| 2669 | 1,974.39 | 8/03 | 2682 | 268.05 | 8/11 | 2694 | 77.94 | 8/08 |
| 2670 | 1,875.02 | 8/04 | 2683 | 2,043.50 | 8/04 | 2696* | 1,500.00 | 8/22 |
| 2671 | 1,414.60 | 8/03 | 2684 | 392.13 | 8/04 | 2697 | 2,000.00 | 8/09 |
| 2672 | 40.38 | 8/08 | 2685 | 300.00 | 8/08 | 2698 | 4,000.00 | 8/04 |
| 2673 | 902.54 | 8/09 | 2686 | 206.48 | 8/12 | 2699 | 4,916.53 | 8/08 |
| 2674 | 213.35 | 8/10 | 2687 | 3,200.16 | 8/09 | 2700 | 58.88 | 8/16 |
| 2675 | 495.92 | 8/09 | 2688 | 1,200.00 | 8/03 | 2702* | 906.54 | 8/15 |
| 2676 | 2,910.54 | 8/04 | 2689 | 2,500.00 | 8/03 | 2703 | 380.19 | 8/15 |
| 2678* | 684.72 | 8/04 | 2690 | 3,125.00 | 8/04 | 2704 | 139.02 | 8/15 |
| 2679 | 1,424.13 | 8/09 | 2691 | 869.70 | 8/10 | 2705 | 97.40 | 8/16 |

* Indicates a break in check number sequence

Checks continued on next page

WACHOVIA BANK, N.A. , RSB WEST PANHANDLE

page 1 of 3

Exhibit B

**BODYHEAD ENTERTAINMENT, INC.**
PH. 850-479-2918
4400 BAYOU BLVD. STE. 13D
PENSACOLA, FL 32503

WACHOVIA
WACHOVIA BANK, N.A.
ACH R/T 063000021
63-2/630

8/1/2005

PAY TO THE
ORDER OF___ Fred Foster                                    $ **6,600.00

Six Thousand Six Hundred and 00/100******************************************************************* ___ DOLLARS

Fred Foster

MEMO                                                       **NOT-NEGOTIABLE**

Refund for July 8 - Deposit                                AUTHORIZED SIGNATURE

⑈00 2693⑈  ⑆06 3000 0 21⑆ 20000 l5734 3 l4⑈

---

**BODYHEAD ENTERTAINMENT, INC.**                                      2693

Fred Foster                                    8/1/2005

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 08/01/2005 | Bill | July 8 - Deposit | 6,600.00 | 6,600.00 | | 6,600.00 |
| | | | | | Check Amount | 6,600.00 |

Body Head Entertainment,    Refund for July 8 - Deposit              6,600.00

**BODYHEAD ENTERTAINMENT, INC.**                                      2693

Fred Foster                                    8/1/2005

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 08/01/2005 | Bill | July 8 - Deposit | 6,600.00 | 6,600.00 | | 6,600.00 |
| | | | | | Check Amount | 6,600.00 |

Body Head Entertainment,    Refund for July 8 - Deposit              6,600.00

LMP12    M/P CHECK                                         52N311